**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Charles D. Naylor, Esq., (SBN 62243)<br>LAW OFFICES OF CHARLES D. NAYLOR<br>11 Golden Shore, Suite 350<br>Long Beach, CA 90802<br><br>TELEPHONE NO.: 310-514-1200  FAX NO. *(Optional):* 310-514-1837<br>E-MAIL ADDRESS *(Optional):* cnaylor@naylorlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, KEVIN R. SMOCK | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Spring Street Courthouse

PLAINTIFF/PETITIONER: KEVIN R. SMOCK
DEFENDANT/RESPONDENT: M/V ROYAL BUZZARD, INC., et al

CASE NUMBER: 20STCV26646

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Standing Order Re: Personal Injury Procedures, LASC Case Information Page
3. a. Party served *(specify name of party as shown on documents served):*
      M/V ROYAL BUZZARD, INC.
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Cheryl Alvarez, Registered Agent
4. Address where the party was served:
   61071 Snowberry Place, Bend, Oregon 97702
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*
   b. [ ] **by substituted service.** on *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*  from *(city):*  or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: KEVIN R. SMOCK | CASE NUMBER: |
| DEFENDANT/RESPONDENT: M/V ROYAL BUZZARD, INC., et al | 20STCV26646 |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*              (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [x] **by other means** *(specify means of service and authorizing code section):*
Pursuant to CCP§415.40, documents were serve on defendant via Certified Mail (Article No. 7015 0640 0003 7071 0748) on July 31, 2020.  See receipt attached herewith as Exhibit A.

[x] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
   under the following Code of Civil Procedure section:

   [ ] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
       [ ] other:

7. **Person who served papers**
   a. Name: Charles D. Naylor
   b. Address: 11 Golden Shore, Suite 350, Long Beach, CA 90802
   c. Telephone number: 310-514-1200
   d. **The fee** for service was: $ 0
   e. I am:
      (1) [x] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         [ ] owner    [ ] employee    [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: August 26, 2020

Charles D. Naylor                  ▶ /s/ Charles D. Naylor
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

POS-010 [Rev. January 1, 2007]       **PROOF OF SERVICE OF SUMMONS**       Page 2 of 2

# EXHIBIT A



Charles D. Naylor*, Attorney at Law
Peter S. Forgie**, Attorney at Law, Of Counsel

LAW OFFICES OF
CHARLES D. NAYLOR

*Certified Specialist in Admiralty & Maritime Law, State Bar of CA
**American Board of Trial Advocates Member, Cal-ABOTA Chapter

July 31, 2020

*Via Certified U.S. Mail*
*(USPS Tracking #7015 0640 0003 7071 0748)*
Cheryl Alvarez, Registered Agent
61071 Snowberry Place
Bend, OR 97702

*Via First Class Priority Mail*
*(USPS Tracking #9114 9023 0722 4151 5209 85)*
Louis Sands, President
P.O. Box 95
Glendale, AZ 85311

*Via First Class Priority Mail*
*USPS Tracking #9114 9023 0722 4151 5209 78)*
c/o Keith K. Hilton
1058 21t Street
San Diego, CA 92102

        RE:    Kevin R. Smock vs. M/V Royal Buzzard, Inc.
                D/Incident: 7/24/2018

Dear Ms Alvarez,

    Enclosed, you will find a copy of the Summons and Complaint filed on behalf of my client, Kevin R. Smock, in connection with the above-referenced matter. Pursuant to California Code of Civil Procedure, Section 415.40, by this letter, we hereby serve said Summons and Complaint on Defendant, M/V Royal Buzzard, Inc.

    Service shall be deemed effective on the 10th day after mailing of this letter, or on August 10, 2020. Your response to the complaint is due thirty (30) days thereafter.

    If you have any questions concerning this matter, please do not hesitate to contact me.

                          Very truly yours,

                          LAW OFFICES OF
                          CHARLES D. NAYLOR

                          Charles D. Naylor
                          cnaylor@naylorlaw.com

CDN/sla

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70150640000370710748

Your item was delivered to an individual at the address at 11:09 am on August 15, 2020 in BEND, OR 97702.

## ✓ Delivered

August 15, 2020 at 11:09 am
Delivered, Left with Individual
BEND, OR 97702

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.