JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
CONNOR M. TRAFTON, CASB No. 327197
connor.trafton@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
Los Angeles, California  94133
Telephone:    (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendant
M/V ROYAL BUZZARD, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEVIN R. SMOCK,<br><br>Plaintiff,<br><br>vs.<br><br>M/V ROYAL BUZZARD, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-08043<br><br>**DEFENDANT M/V ROYAL BUZZARD, INC.'S AMENDED CERTIFICATE OF INTERESTED PARTIES**<br><br>**[DIVERSITY JURISDICTION]** |

TO THIS HONORABLE COURT OF RECORD:

The undersigned, counsel of record for Defendant M/V ROYAL BUZZARD, INC. ("Defendant") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the court to evaluate possible disqualification or recusal:

   1. Plaintiff KEVIN R. SMOCK;

   2. Defendant M/V ROYAL BUZZARD, INC.

   3. Defendant's Insurer AIG PROPERTY CASUALTY COMPANY

Defendant acknowledges its continuing obligation to file an amended certification upon discovery of any additional relevant information hereto.


DATED: September 22, 2020                    _____
                                             JOHN D. GIFFIN
                                             CONNOR M. TRAFTON
                                             KEESAL, YOUNG & LOGAN
                                             Attorneys for Defendant
                                             M/V ROYAL BUZZARD, INC.

Case Name:   *Kevin R. Smock v. M/V ROYAL BUZZARD, INC., and Does 1 thru 10, inclusive*
USDC Central District Case No: 2:20-cv-08043
KYL File No.: 7105-10

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, Suite 1400, Long Beach, California  90802.

On September 22, 2020, I served the foregoing documents described as **DEFENDANT M/V ROYAL BUZZARD, INC.'S AMENDED CERTIFICATE OF INTERESTED PARTIES** on the parties in this action as follows:

| | |
|---|---|
| Charles D. Nayler, Esq.<br>Law Offices of Charles D. Naylor<br>11 Golden Shore, Ste 350<br>Long Beach, CA  90802<br>Email: cnaylor@naylorlaw.com | *Plaintiff's Counsel* |

☑        BY CM/ECF:  The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on September 22, 2020 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
PATRICIA ANN GARNICA

- 1 -
Proof of Service
KYL4844-3778-6569.1