CHARLES D. NAYLOR, SBN 62243
LAW OFFICES OF CHARLES D. NAYLOR
A Professional Corporation
111 W. Ocean Blvd, Suite 400
Long Beach, California 90802
Telephone:   (310) 514-1200
Facsimile:   (310) 514-1837
E-Mail:      cnaylor@naylorlaw.com

In Association with:
AARON BROWN, SBN 277981
CALIFORNIA TRIAL TEAM P.C.
18650 MacArthur Blvd., Suite 300
Irvine, CA 92612
Telephone:   562-495-8405
Facsimile:   562-485-4719
E-Mail:      aaron@caltrialteam.com

Attorneys for Plaintiff, KEVIN R. SMOCK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. SMOCK, | CASE NO. 2:20-cv-08043-TJH-JPRx |
|         Plaintiff, | ORDER GRANTING JOINT STIPULATION TO DISMISS  [78] [JS-6] |
| vs. | |
| M/V ROYAL BUZZARD, INC., and DOES 1 through 10, inclusive, | |
|         Defendant. | |

## **ORDER**

Based on the above stipulation of counsel and the records and files in this case, IT IS ORDERED that this case be dismissed with prejudice, and without costs to any party.

Dated: MAY 2, 2024

HON. TERRY J. HATTER, JR.

United States District Judge